IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| VILLAGE OF LAKEWOOD, a municipal corporation, d/b/a REDTAIL GOLF CLUB, <br><br> Plaintiff, <br><br> vs <br><br> PFG GOLF, a division of Information Leasing Corporation n/k/a National City Commercial Capital Corporation, an Ohio corporation, <br><br> Defendant. <br><br>———————————————————— <br><br> PFG GOLF, a division of Information Leasing Corporation n/k/a National City Commercial Capital Corporation, <br><br> Counter-Plaintiff, <br><br> vs <br><br> VILLAGE OF LAKEWOOD, a municipal Corporation d/b/a REDTAIL GOLF CLUB <br><br> Counter-Defendant. | CASE NO.: 06-C-3508 <br><br> Judge Philip G. Reinhard <br><br> Magistrate Judge P. Michael Mahoney |

## AFFIDAVIT OF WENDY GREGORIA

1. I am the Finance Director for the Village of Lakewood, McHenry County, Illinois ("Lakewood") and have acted in that capacity and in other capacities for the Village for over ten years.

2. I have all financial records of Lakewood in my possession and I am familiar with how all financial records of Lakewood are kept in the regular course of business.

3. I am familiar with all financial records pertaining to the Lease Document in this matter and expenses under the Lease Document.

4. I am familiar with how all records are kept in the regular course of business pertaining to the type of rounds and cost of each round for golf rounds at Redtail Golf Club, owned by Lakewood.

5. A Lease Document was signed relating to GPS data equipment and services for golf carts on August 26, 2004.

6. Lakewood did not appropriate for the Lease Document involved in this litigation prior to the execution of the Lease Document. See the Budget Ordinances from Fiscal Years 2004-2007, certified copies of which are attached hereto and incorporated by reference as Group Exhibit A.

EXHIBIT 1

7. The Lease document signed on August 24, 2004 extended beyond the term of the Village President.

8. Blair R. Picard was elected the Village President and subsequently took office on April 27, 1999, as evidenced by the certified copy of his official oath, attached hereto and incorporated by reference as Exhibit B.

9. Blair R. Picard resigned as active Village President and Julie Richardson took the oath of office on March 25, 2004, a certified copy of which is attached hereto and incorporated by reference as Exhibit C.

10. Julie R. Richardson was then elected to office and signed the oath of office on May 10, 2005, a certified copy of which is attached hereto and incorporated by reference as Exhibit D.

_Wendy Gregoria_
Wendy Gregoria, Finance Director
Village of Lakewood

SWORN to and SUBSCRIBED before me this 30th day of November 2006.

_Susan L. Villie_
Notary Public

Official Seal
Susan L. Villie
Notary Public State of Illinois
My Commission Expires 03/20/07